IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GREGORY E. BINGHAM | § | CASE NO. 03-44675-MDL |
| | § | |
| SHENELL Y. BINGHAM | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES

FAIRBANKS CAPITAL CORPORATION AS SERVICING AGENT FOR DLJ MORTGAGE CAPITAL, INC., a creditor in the above-captioned case, hereby gives notice of its appearance in said case by and through the following-named counsel:

Dominique Varner, Esq.
Hughes, Watters & Askanase, L.L.P.
1415 Louisiana, 37th Floor
Houston, Texas   77002
713/759-0818
713/759-6834 FAX

Further, the above-named creditor hereby requests through its said counsel that the Clerk of the above-named Court, or any party authorized or directed by the United States Bankruptcy Code to mail notices, mail to said counsel copies of all notices to parties in interest hereinafter given in said case.  Pursuant to Bankruptcy Rules 2002 and 9010 this request includes all notices, copies, and pleadings referred to in Rules 2002, 4004, 4007 and 9007, of the Bankruptcy Rules including <u>without limitation</u>, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery,

611033-1:FCCO:2483

telephone, telegraph, telex or otherwise that affects or seeks to effect in any way any rights of the above-named creditor with respect to the Debtor or property of the Debtor's estate.

Respectfully submitted,

_____/S/ Jennine Hovell-Cox_____
Dominique Varner TBA # 00791182
Jennine Hovell-Cox TBA# 24002313
Brendetta A. Scott TBA #24012219
1415 Louisiana, 37th Floor
Houston, Texas 77002
713/759-0818
713/759-6834 FAX


OF COUNSEL:

HUGHES, WATTERS & ASKANASE, L.L.P.
1415 Louisiana, 37th Floor
Houston, Texas 77002
713/759-0818
713/759-6834 FAX

611033-1:FCCO:2483

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded by U. S. Mail, first class postage prepaid on the 29TH day of OCTOBER, 2003, to:

GREGORY E. BINGHAM
SHERNELL Y. BINGHAM
7321 ROHBELL
HOUSTON TX 77016

DEBTOR(S)


CHRISTOPHER T. MORRISON
2100 W. LOOP S. STE 900
HOUSTON TX 77027

ATTORNEY FOR DEBTOR(S)


DANIEL E. O'CONNELL
P.O. BOX 13
LA PORTE TX 77572-0013

TRUSTEE


/S/ Jennine Hovell-Cox
Dominique Varner
Jennine Hovell-Cox
Brendetta A. Scott

611033-1:FCCO:2483