# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. |
| GREGORY E BINGHAM | § | |
| SHENELL Y BINGHAM | § | 03-44675-H1-13 |
| | § | |
| DEBTOR (S) | § | CHAPTER 13 |

## NOTICE OF CONFIRMATION HEARING

**You are hereby notified** that a Confirmation Hearing on "Debtors' Chapter 13 Plan of Reorganization" will be held on, **January 20, 2004 @ 9:30 a.m**., in front of the Honorable Karen Brown, United States Bankruptcy Court, 515 Rusk Avenue, **10th Floor, Courtroom 10A**, Houston, Texas 77002.

**You are further notified** that disposition of **secured claims and liens** which are listed in Schedules D or E or in the Chapter 13 Plan shall be determined at this hearing, specifically: allowed claim amount as required by 11 U.S.C. § 506(a); the existence, validity and perfection of a lien, pursuant to and as required by 11 U.S.C. § 1325(a)(5)(B)(i); and the value of the lien as required by 11 U.S.C. § 1325(a)(5)(B)(ii) and pursuant to 11 U.S.C. § 506(a). Any objections thereto must be filed as objections to confirmation.

**You are further notified** that in order to determine compliance with and pursuant to 11 U.S.C. § 1322(a)(2), the allowance and treatment of all **priority claims** asserted under 11 U.S.C § 507 shall be considered and fixed at this hearing. Any objections thereto must be filed as objections to confirmation.

**You are further notified** that pursuant to and for purposes of 11 U.S.C. §§ 1322(b)(2)(b)(6) and 1322(c), that all issues regarding first lien and junior lien holders on Debtor's homestead, including determination of the amount of arrearages, total secured claim and extent of lien under 11 U.S.C. §§ 506(a) shall be considered at this hearing.

**You are further notified** that **assumption or rejection** of any lease or executory contacts, to the extent provided for in the plan, shall be determined at the hearing. Any objections thereto must be filed as objections to confirmation.

**You are further notified** that any objections to Debtors Chapter 13 Plan shall be filed with the Court and served on the Chapter 13 Trustee, Daniel E. O'Connell, P.O. Box 13, La Porte, Texas 77572, (ph) 281-471-1313, (fax) 281-471-1940 and on the Attorney, CHRISTOPHER MORRISON, 2100 WEST LOOP S STE 900, HOUSTON, TX 77027-3522, (ph) (713) 590-5060, on or before January 13, 2004.

Dated: December 11, 2003.

                                                          Respectfully submitted,

                                                          Daniel E. O'Connell
                                                          Standing Chapter 13 Trustee

                                                          O'Connell & Burks 1993

DEOC/TD/DOC GEN/DOC H1 NOC                                                           5/15/93