UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Gregory E. Bingham**  CASE NO **03-44675-H1-13**
**Shenell Y. Bingham**

CHAPTER **13**

*AMENDED 1/15/2004*

# SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $811.76 |
| Are real estate taxes included?   ☐ Yes   ☒ No | |
| Is property insurance included?   ☐ Yes   ☒ No | |
| **Utilities:**   Electricity and heating fuel | $210.00 |
|   Water and sewer | $35.00 |
|   Telephone | $56.00 |
|   Other: Cable | $55.00 |
| Home maintenance (repairs and upkeep) | $50.00 |
| Food | $300.00 |
| Clothing | $40.00 |
| Laundry and dry cleaning | $25.00 |
| Medical and dental expenses (not covered by insurance) | $25.00 |
| Transportation (not including car payments) | $100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $39.57 |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
|   Homeowner's or renter's | $110.00 |
|   Life | |
|   Health | |
|   Auto | $199.00 |
|   Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | $150.00 |
| Specify: Property taxes | |
| **Installment payments:** (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
|   Auto | |
|   Other: HOA Dues | $31.00 |
|   Other: School supplies | $30.00 |
|   Other: Cell phone for emerg/work | $60.00 |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules) | **$2,327.33** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $2,587.33 |
| B. Total projected monthly expenses (including separate spouse budget if applicable) | $2,327.33 |
| C. Excess income (A minus B) | $260.00 |
| D. Total amount to be paid into plan each        *Monthly*        (interval) | Variable |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Gregory E. Bingham**           CASE NO   **03-44675-H1-13**
        **Shenell Y. Bingham**

                                                    CHAPTER   **13**

*AMENDED 1/15/2004*
**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **2**     sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature  **/s/ Gregory E. Bingham**
                                                          *Gregory E. Bingham*

Date _____     Signature  **/s/ Shenell Y. Bingham**
                                                          *Shenell Y. Bingham*

                                                          [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*