**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: **Gregory E. Bingham** | CASE NO | **03-44675-H1-13** |
| **Shenell Y. Bingham** | CHAPTER | **13** |

*AMENDED 1/16/2004*

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | M Green | 17 years | Daughter | | | |
| | James Fergusen | 2 year | Grandson | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Auto Detailer | Sales Associate |
| Name of Employer | AFC Limousine | Walmart |
| How Long Employed | 6 months | 3 months |
| Address of Employer | Houston, Texas | Houston, TX |

| Income: (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $1,126.67 | $1,096.33 |
| Estimated monthly overtime | $0.00 | $0.00 |
| **SUBTOTAL** | **$1,126.67** | **$1,096.33** |
| LESS PAYROLL DEDUCTIONS | | |
| A. Payroll taxes (includes social security tax if B. is zero) | $292.93 | $169.00 |
| B. Social Security Tax | $0.00 | $0.00 |
| C. Insurance | $0.00 | $0.00 |
| D. Union dues | $0.00 | $0.00 |
| E. Retirement | $0.00 | $0.00 |
| F. Other (specify) _____ | $0.00 | $0.00 |
| G. Other (specify) _____ | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$292.93** | **$169.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | **$833.74** | **$927.33** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
| 1. _____ / Death beneift for daughter _____ | $0.00 | $860.00 |
| 2. _____ | $0.00 | $0.00 |
| 3. _____ | $0.00 | $0.00 |
| **TOTAL MONTHLY INCOME** | **$833.74** | **$1,787.33** |

**TOTAL COMBINED MONTHLY INCOME  $2,621.07**    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**Debtors trying to sell house, variable plan.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   **Gregory E. Bingham**                                              CASE NO   **03-44675-H1-13**
         **Shenell Y. Bingham**

                                                                             CHAPTER   **13**

*AMENDED 1/16/2004*

# SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $875.00 |
| Are real estate taxes included?   ☒ Yes   ☐ No | |
| Is property insurance included?   ☒ Yes   ☐ No | |
| **Utilities:**   Electricity and heating fuel | $200.00 |
| Water and sewer | $35.00 |
| Telephone | $60.00 |
| Other: Cable | $55.00 |
| Home maintenance (repairs and upkeep) | $20.00 |
| Food | $400.00 |
| Clothing | $50.00 |
| Laundry and dry cleaning | $30.00 |
| Medical and dental expenses (not covered by insurance) | $30.00 |
| Transportation (not including car payments) | $100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $36.07 |
| Charitable contributions | |
| **Insurance** (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | $199.00 |
| Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | $150.00 |
| Specify: Property taxes | |
| **Installment payments:** (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto | |
| Other: HOA Dues | $31.00 |
| Other: School supplies | $30.00 |
| Other: Cell phone for emerg/work | $60.00 |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$2,361.07** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $2,621.07 |
| B. Total projected monthly expenses (including separate spouse budget if applicable) | $2,361.07 |
| C. Excess income (A minus B) | $260.00 |
| D. Total amount to be paid into plan each   *Monthly*   (interval) | Variable |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  **Gregory E. Bingham**                                         CASE NO    **03-44675-H1-13**
**Shenell Y. Bingham**

                                                                                    CHAPTER    **13**

*AMENDED 1/16/2004*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **3**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature  **/s/ Gregory E. Bingham**
                                                                        *Gregory E. Bingham*

Date _____      Signature  **/s/ Shenell Y. Bingham**
                                                                        *Shenell Y. Bingham*

[If joint case, both spouses must sign.]

---

***Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.***