**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Gregory E. Bingham**            *         CASE NO.   **03-44675-H1-13**
         **Shenell Y. Bingham**            *

## CHAPTER 13 FEE APPLICATION

Counsel for Debtor in this case requests allowance of compensation and reimbursement of expenses for the time expended, hourly rates, and expenses incurred shown below. Counsel received no property from the Debtor or in connection with this case except   **$200.00**   pre-petition which was expended in the manner set out below. Counsel seeks payment under the plan of   **$1,411.00**  .

Type of Case:    ☐ Business Case    or    ☑ Consumer Case (check one)

| Activity | Attorney Time (approximate hrs.) | Paralegal Time (approximate hrs.) |
|---|---|---|
| Prepetition Client Consultations | 0.50 | 0.60 |
| Postpetition Client Consultations | 0.70 | 0.95 |
| Schedules, Plan | 0.45 | 1.25 |
| Amendments | 0.50 | 0.25 |
| 341 (Preparation and Attendance) | 0.60 | 0.20 |
| Creditor Contact | 0.60 | 0.80 |
| Proof of Claim Review | N/A | 0.25 |
| Motion(s) to Dismiss:<br># of Motions to Dismiss:   **N/A** | N/A | N/A |
| Contested Motions:<br># of Contested Motions:   **1**<br>Specify Type:<br>**Motion for Relief from Stay filed by Fairbanks Capital Corp** | 0.75 | 0.25 |
| Objections to Confirmation:<br># of Objections to Confirmation:   **N/A** | N/A | N/A |
| Adversary Proceeding(s):<br># of Adversary Proceedings:   **N/A**<br>Specify Type:<br>**N/A** | N/A | N/A |
| Claims Objections/Valuation:<br># of Claims Object/Valuations:   **N/A**<br>Specify Type:<br>**N/A** | N/A | N/A |
| Confirmation Hearings:<br># of Confirmation Hearings:   **1**<br>Confirmation Hearing Date:   **1/20/2004** | 0.50 | N/A |
| Operating Reports | 0.30 | 0.25 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Gregory E. Bingham**                    *            CASE NO.   **03-44675-H1-13**
           **Shenell Y. Bingham**                    *

**CHAPTER 13 FEE APPLICATION**
*Continuation Sheet No. 1*

<u>Name of Attorney/Paralegal</u>
See continuation sheet(s).
<u>Expenses</u>
See continuation sheet(s).

Date:  **01/28/2004**                                              **/s/ Christopher Morrison**
                                                                               Christopher Morrison
                                                                               Christopher Morrison
                                                                               Attorney at Law
                                                                               2100 W. Loop South, Ste. 900
                                                                               Houston, TX 77027

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Gregory E. Bingham**                                    *            CASE NO.   **03-44675-H1-13**
**Shenell Y. Bingham**                                    *

### CHAPTER 13 FEE APPLICATION
*Continuation Sheet No. 2*

| Name of Attorney/Paralegal | Hourly Rate | Est. Hours | Rate x Hours |
|---|---|---|---|
| 1. **Christopher Morrison** | **$240.00** | **4.90** | **$1,176.00** |
| 2. **Scott Chadwell** | **$75.00** | **4.80** | **$360.00** |

| Expenses | Amount |
|---|---|
| 1. **Copies, Postage, Long Distance, Faxes, Parking, PACER access** | **$75.00** |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|     Gregory E. Bingham | § | |
|     Shenell Y. Bingham | § | |
| | § | |
| DEBTOR(S) | § | CASE NO. 03-44675-H1-13 |
| | § | |

**CERTIFICATE OF SERVICE**

This is to certify that on _____**January 28, 2004**_____, a true and correct copy of the foregoing Chapter 13 Fee Application has been served on the following parties:

Gregory E. Bingham
15609 Akien Ln.
Houston, TX 77032

Shenell Y. Bingham
15609 Akien Ln.
Houston, TX 77032

Daniel O'Connell
Chapter 13 Trustee
PO Box 13
LaPorte, TX 77572-0013

Household Mortgage Services
PO Box 60113
City of Industry, CA 91716-0113

Triad Financial Corp.
Bankruptcy Department
7711 Center Ave., Suite 100
Huntington Beach, CA 92647

Providian
PO Box 9550
Manchester, NH 03108-9550

Aldine ISD
14909 Aldine Westfield Rd
Houston, TX 77032-3099

OSI Funding LLC
PO Box 105460
Atlanta, GA 30348

Date: **01/28/2004**

**/s/ Christopher Morrison**
Christopher Morrison
Christopher Morrison
Attorney at Law
2100 W. Loop South, Ste. 900
Houston, TX 77027