IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| GREGORY E. BINGHAM § | CASE NUMBER 03-44675-H1-13 | |
| SHENELL Y. BINGHAM § | | |
| *Debtors* § | CHAPTER 13 | |

### NOTICE OF APPEARANCE & REQUEST FOR NOTICES

TO THE HONORABLE JUDGE OF THIS COURT:

GREENBRIAR TENNIS & SWIM OWNERS ASSOCIATION, INC., a creditor in the above-captioned case, hereby gives notice of its appearance in said case by and through the following named counsel:

**LAMBRIGHT & ASSOCIATES**
Casey Jon Lambright
Clayton Wrzesinski
Dora Ann Gostecnik
2200 Post Oak Blvd., Suite 650
Houston, Texas 77056
(713) 840-1515
(713) 840-1521 Fax

Creditor further requests the Court or any other party authorized or directed by the United States Bankruptcy Code to give notice, to provide such notice to the above named counsel pursuant to the Rules.

Respectfully submitted,

LAMBRIGHT & ASSOCIATES

    Clayton Wrzesinski /s/
Casey Jon Lambright
State Bar No. 00794136
Clayton Wrzesinski
State Bar No. 24029912
Dora Ann Gostecnik
State Bar No. 24040995
2200 Post Oak Blvd., Suite 650
Houston, Texas 77056
(713) 840-1515
(713) 840-1521 Fax

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been forwarded to the following on January 28, 2004 by the means designated:

| | |
|---|---|
| Gregory E. Bingham<br>Shenell Y. Bingham<br>7321 Rohbell<br>Houston, Texas 77016 | ☐ Electronic Mailing<br>■ First Class Mail<br>☐ Facsimile<br>☐ Courier |
| Christopher Morrison<br>2100 West Loop South, Suite 900<br>Houston, Texas 77027<br>Atty for Debtor | ■ Electronic Mailing<br>☐ First Class Mail<br>☐ Facsimile<br>☐ Courier |
| Daniel E. O'Connell<br>P.O. Box 13<br>La Porte, Texas 77572-0013<br>Trustee | ■ Electronic Mailing<br>☐ First Class Mail<br>☐ Facsimile<br>☐ Courier |

    **Clay Wrzesinski /s/**
Clayton Wrzesinski

2