*Carolyn A. Taylor*          *TBA #08526800/FIN 1290*
*Dominique Varner*           *TBA #000791182/FIN 18805*
*Jennine Hovell-Cox*         *TBA # 24002313/FIN 21775*
**Brendetta Scott**          *TBA # 24012219/FIN 24592*
*Hughes, Watters & Askanase, L.L.P.*
*1415 Louisiana, 37th Floor*
*Houston, Texas 77002*
*Telephone (713) 759-0818*
*Telecopier (713) 759-6834*
*ATTORNEYS FOR FAIRBANKS CAPITAL CORP., as servicing agent for DLJ MORTGAGE CAPITAL, INC.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>GREGORY E. BINGHAM<br><br>SHENELL Y. BINGHAM<br><br>DEBTOR(S)<br><br>*************************<br>FAIRBANKS CAPITAL CORP.,<br>as servicing agent for DLJ MORTGAGE<br>CAPITAL, INC.<br>Movant<br><br>V.<br><br>GREGORY E. BINGHAM and<br>SHENELL Y. BINGHAM Debtor(s) and<br>DANIEL EMMETT OCONNELL, Trustee,<br>Respondents | § § § § § § § § § § § § § § § § § § § § | Case No. 03-44675<br><br>Chapter 13<br><br><br><br>**A HEARING WILL BE HELD**<br>**FEBRUARY 6, 2004 @ 10:00 AM** |

**AGREED ORDER TERMINATING THE AUTOMATIC STAY OF**
**AN ACT AGAINST PROPERTY OF 11 U.S.C. ә 362**

At HOUSTON, in said District, on the 8TH day of January, 2004 came on for docket call the

Motion of for FAIRBANKS CAPITAL CORP., as servicing agent for DLJ MORTGAGE

CAPITAL, INC., for Relief from the Automatic Stay of an Act Against Property of 11 U.S.C. ә 362,

640891-1:FCCO:2483
Loan No. #0004023941-Bingham
Case No. #03-44675

and it appearing that due notice of said Motion having been properly given, and Debtor having indicated their desire to surrender the Property to Movant, no answer or request for hearing thereon has been filed with the Court, and said Debtor through their counsel of record, having agreed that the stay should be terminated as requested. It is accordingly,

ORDERED that the automatic stay of 11 U.S.C. ∋ 362 be, and same is hereby terminated with respect to FAIRBANKS CAPITAL CORP., as servicing agent for DLJ MORTGAGE CAPITAL, INC., its successors and assigns, and that certain real property more particularly described as follows:

> LOT 20, BLOCK 9 OF GREENBRIAR COLONY TOWNHOUSES, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 295, PAGE 79 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS AND MORE COMMONLY KNOWN AS 15609 AIKEN LANE, HOUSTON, TEXAS 77032. ("PROPERTY")

to enable FAIRBANKS CAPITAL CORP., as servicing agent for DLJ MORTGAGE CAPITAL, INC, its successors and assigns, to exercise any and all remedies available at law and under the applicable loan documents to repossess and/or foreclose its liens upon said Property.

IT IS FURTHER ORDERED that Debtor shall surrender the Property to Movant within sixty (60) days from the date of entry of this order.

640891-1:FCCO:2483
Loan No. #0004023941-Bingham
Case No. #03-44675

Signed this __6__ day of __February__, 2004.

_____
UNITED STATES BANKRUPTCY JUDGE PRESIDING

640891-1:FCCO:2483
Loan No. #0004023941-Bingham
Case No. #03-44675

APPROVED AS TO FORM AND SUBSTANCE:

By: _____
Carolyn A. Taylor    TBA #08526800/FIN 1290
Dominique Varner    TBA #00791182/FIN 18805
Jennine Hovell-Cox  TBA #24002313/FIN 21775
Brendetta Scott     TBA #24012219/FIN 24592
1415 Louisiana, 37th Floor
Houston, Texas 77002
(713) 759-0818  telephone
(713) 759-6834  telecopier

ATTORNEYS FOR FAIRBANKS CAPITAL CORP., as servicing agent for DLJ MORTGAGE CAPITAL, INC

By: _____
CHRISTOPHER TODD MORRISON    TBA#_____
Attorney at Law
2100 W. Loop S., Ste 900
Houston, Texas 77027
Telephone (713) 590-5060
Telecopier (713) 590-5061

ATTORNEY FOR DEBTOR

640891-1:FCCO:2483
Loan No. #0004023941-Bingham
Case No. #03-44675

APPROVED AS TO FORM AND SUBSTANCE:

By: _____
Carolyn A. Taylor     TBA #08526800/FIN 1290
Dominique Varner      TBA #00791182/FIN 18805
Jennine Hovell-Cox TBA #24002313/FIN 21775
Brendetta Scott       TBA #24012219/FIN 24592
1415 Louisiana, 37th Floor
Houston, Texas 77002
(713) 759-0818 telephone
(713) 759-6834 telecopier

ATTORNEYS FOR FAIRBANKS CAPITAL CORP., as servicing agent for DLJ MORTGAGE CAPITAL, INC

By: _____    TBA# 24010250
CHRISTOPHER TODD MORRISON
Attorney at Law
2100 W. Loop S., Ste 900
Houston, Texas 77027
Telephone (713) 590-5060
Telecopier (713) 590-5061

ATTORNEY FOR DEBTOR

G40891-1-FCCO:2463
Loan No #0004023941-Bingham
Case No #03-44675