UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. |
| Gregory E. Bingham | * | |
| Shenell Y. Bingham | * | 03-44675-H1-13 |
| | * | |
| DEBTOR(S) | * | CHAPTER 13 |
| | * | |

### ORDER FOR COMPENSATION

The Court, having considered the Chapter 13 Fee Application of Debtor's attorney, __**Christopher Morrison**__,

has concluded that the Application sets forth a sufficient factual basis in accordance with the criteria set forth in the matter of

In Re First Colonial Corporation of America, 544 F.2d 1291 (5th Cir. 1977), to warrant granting the relief sought. It is therefore

**ORDERED** that, __**Christopher Morrison**__, be awarded an allowance of attorney's fees in the amount of

__**$1,536.00**__, and expenses of __**$75.00**__ as an administrative expense.

SIGNED this 21 day of February, 2004

_____
UNITED STATES BANKRUPTCY JUDGE

