Office of the United States Chapter Thirteen Trustee
Daniel E. O'Connell, Trustee
Post Office Box Thirteen
La Porte, Texas 77572-0013

April 22, 2004

GREGORY E BINGHAM & SHENELL Y BINGHAM
7321 RHOBELL ST
HOUSTON, TX 77016-3833

RE:   Case Number 03-44675-H1-13

Dear   GREGORY E BINGHAM & SHENELL Y BINGHAM:

My records indicate that your Chapter 13 Plan payments are $ 520.00 in arrears. It is not my desire to file a "MOTION TO DISMISS" your case. However, I will do so unless you have at least ½ of your delinquency posted to your account by Friday, May 14, 2004.

You should mail your payment to: Office of the U.S. Chapter 13 Trustee, Daniel E. O'Connell, Trustee, P.O. Box 2255, Memphis, TN 38101-2255. Only Money Orders and Cashier's Checks will be accepted.

Should a "MOTION TO DISMISS" be filed in your case, the total amount of your delinquency must be in my office at least 7 days (including weekends and holidays) prior to your Dismissal Hearing in order for the "MOTION TO DISMISS" to be withdrawn. Otherwise, you must appear before the Court at the specified hearing date and time.

Failure to comply will result in the dismissal of your case. Call your attorney to find out the consequences of a Dismissal or a Voluntary Conversion to Chapter 7. A dismissal or conversion may or may not be bad under the circumstances of your particular case.

Very Truly Yours,

*/S/ Daniel E. O'Connell*

Daniel E. O'Connell, Trustee

DEOC/gac

c.   CHRISTOPHER MORRISON
     2100 WEST LOOP S STE 900
     HOUSTON, TX 77027-3522