UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Gregory E Bingham and Shenell Y Bingham
      Debtor

Case No.: 03–44675

Chapter: 13

**ORDER WITHDRAWING MOTION TO DISMISS**

    The chapter 13 trustee is authorized to withdraw his motion to dismiss, conditioned on the Debtor agreeing to entry of a wage order. The Debtor shall provide the information required by the trusee for entry of a wage order within 7 days of this date. The trustee shall promptly thereafter submit the proposed wage order under greensheet.

Signed and Entered on Docket: 7/15/04

MARVIN ISGUR
United States Bankruptcy Judge