IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| GREGORY E and SHENELL Y BINGHAM | 03-44675-H1-13 |

**ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE**

Pursuant to 11 U.S.C. § 1325(c), it is

ORDERED that [    AFC LIMOUSINE    ] shall pay $260.00 each month of the income of [    BINGHAM, GREGORY    ], to:

"Daniel E. O'Connell, Trustee"
Office of the U.S. Chapter 13 Trustee
P. O. Box 2255
Memphis, TN 38101-2255

FURTHER ORDERED that these wage deductions shall continue until further order of this Court;

FURTHER ORDERED that, within two working days after this Order is entered, Debtor shall submit this Order to the employer at the below address, or such other address which is correct. Additionally, the Chapter 13 Trustee may immediately forward this Order to the Employer.

AFC LIMOUSINE
15734 ALDINE WESTFIELD RD.
HOUSTON, TX 77032-2012

Attn: Payroll Department

SIGNED at Houston, Texas _____, 2004.

_____
**UNITED STATES BANKRUPTCY JUDGE**

Wage Order Court Rev 7/21/2004