IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| IN RE: | * CHAPTER 13 BANKRUPTCY |
|  | * CASE NO: 03-44675-H1-13 |
|  | * |

GREGORY E and SHENELL Y BINGHAM

SSN OR TAX ID: ###-##-2072 ###-##-1256

### TRUSTEE'S MOTION TO DISMISS W/WITHOUT PREJUDICE OR CONVERT TO CHAPTER 7

TO THE HONORABLE UNTITED STATES BANKRUPTCY JUDGE:

NOW COMES, DANIEL E. O'CONNELL, Trustee herein, and on grounds that debtor has failed to appear in proper prosecution of this case, moves for the dismissal or conversion of this case pursuant to 11 U.S.C. Sec. 1307 (c) & (d) as follows:

____   Failed to file amendments as required by the Trustee by
          ____ A. Amendments to Debtors Petition
          ____ B. Amendments to Chapter 13 Statement
          ____ C. Amendments to Family Budget
          ____ D. Amendments to Schedules
          ____ E. Amendments to Plan
          ____ F. Amendments to Summary of Debtor's Plan

____   Failed to make plan payments as required by Section 1326 (A) (1) and 1307 (C) (4) of the United States Bankruptcy Code.

____   Failed to make plan payments which were agreed to be made under the proposed modified plan.

_X__   Failed to make plan payments into a confirmed plan as required by Section 1307 (C) (6) of the United States Bankruptcy Code.

____   Failed to provide a feasible plan of arrangement which can be recommended to this Court and confirmed by this Court within the requirements of Section 1325 and 1307 ( C) (5) of the United States Bankruptcy Code and/or has had a denial of confirmation of proposed plan pursuant to Section 1307.

Debtor's above listed failures to perform may be willful within the meaning of 11 U.S.C. Section 109 (g) (1).

NOW THEREFORE, PREMISES CONSIDERED, your Chapter 13 Trustee respectfully prays that this case be dismissed, dismissed with prejudice, or converted to a Chapter 7.

Dated this the 11th day of October, 2005.

                                                                /s/ Daniel E. O'Connell_____
                                                                DANIEL E. O'CONNELL, TRUSTEE

I hereby certify under penalties of perjury that, on October 11, 2005 a true and correct copy of the following motion has been served via regular U. S. mail, postage prepaid or electronically transmitted, on Debtor, Debtor's Attorney of Record, the U. S. Trustee and all other parties in interest.

| | |
|---|---|
| GREGORY E and SHENELL Y BINGHAM | CHRISTOPHER TODD MORRISON |
| 7321 RHOBELL ST | PO BOX 20575 |
| HOUSTON, TX 77016-3833 | BEAUMONT, TX 77720-0575 |

Dated this the 11th day of October, 2005.                    /s/ Daniel E. O'Connell_____
                                                                DANIEL E. O'CONNELL, TRUSTEE

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

**If a hearing is timely requested, the hearing shall be on November 9, 2005 at the U.S. Bankruptcy Court, 515 Rusk St, Courtroom 10-B, 10th Floor, Houston, Texas 77002. at 9:30 a.m. or thereafter, the exact time will be posted on www.laporte13.com at least 3 days prior to the hearing date. Please contact your attorney for the hearing time. If you are without an attorney (Pro Se) the hearing will be at 9:30 a.m.**

DEOC/gac 10/11/2005 2:08 PM