# United States Bankruptcy Court

Southern Dist of Texas Houston Div

| IN RE: | GREGORY E & SHENELL Y BINGHAM | Case Number: | 03-44675-H1-13 |
|---|---|---|---|
| | 7321 RHOBELL ST | Filed: | 10/14/2003 |
| | HOUSTON, TX 77016-3833 | SS #1: | XXX-XX-2072 |
| | | SS #2: | XXX-XX-1256 |

## SUMMARY OF TRUSTEE'S FINAL ACCOUNT

Notice
Dismissed After Confirmation

Bankruptcy Judge Copy

THE REPORT IS SUMMARIZED AS FOLLOWS:

| | |
|---|---:|
| Receipts: | 4,490.00 |
| **PAID CLAIMANTS** | |
| Secured: | 2,630.00 |
| Priority: | 0.00 |
| Unsecured: | 0.00 |
| Other: | 0.00 |
| **ADMINISTRATIVE COSTS** | |
| Filing Fees: | 0.00 |
| Trustee Expense: | 224.50 |
| Trustee Compensation: | 224.50 |
| Debtor's Attorney: | 1,411.00 |
| Other Admin Expenses: | 0.00 |
| **RETURNED** | |
| To The Debtor: | 0.00 |
| Total Distributed: | 4,490.00 |

| | |
|---|---:|
| Your Claim Was Recorded As Number | 999 |
| Your Claim Was Classified As | Special |
| The Trustee Reports That You Were Paid | 0.00 |

YOU ARE FURTHER NOTIFIED THAT
I HAVE CERTIFED TO THE COURT THAT THIS CASE HAS BEEN FULLY ADMINISTERED.  THIS CASE SHALL BE CLOSED AND THE TRUSTEE AND THE SURETY ON THE TRUSTEE'S BOND WILL BE RELEASED UNLESS A WRITTEN OBJECTION IS FILED WITH THE COURT WITHIN THIRTY DAYS FROM THE DATE OF THIS FINAL ACCOUNT.

/s/ Daniel E. O'Connell, Trustee
DATED:  11/30/2005                                                                Daniel E. O'Connell, Trustee

0003-57-EPIF57-00214564-259928

0003-57-EPIE57-00214564-259925

# United States Bankruptcy Court
For The
Southern Dist of Texas Houston Div

GREGORY E & SHENELL Y BINGHAM  
7321 RHOBELL ST  
HOUSTON, TX 77016-3833

Case No.: 03-44675-H1-13  
SS #1: XXX-XX-2072  
SS #2: XXX-XX-1256

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 10 | 14 | 03 |

| | MO. | DAY | YR. |
|---|---|---|---|
| The Plan was confirmed on | 01 | 20 | 04 |

| | MO. | DAY | YR. |
|---|---|---|---|
| The Case was concluded on | 11 | 09 | 05 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 4,490.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ALDINE ISD | 001 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| CONNS CREDIT COMPANY | 002 | Secured | 355.00 | 66.86 | 33.76 | 288.14 |
| CONNS CREDIT COMPANY | 002 | Unsecured | 90.52 | 0.00 | 0.00 | 90.52 |
| GREENGRIAR COLONY | 003 | DirectPay | 365.00 | 0.00 | 0.00 | DirectPay |
| FAIRBANKS CAPITAL CORP | 004 | DirectPay | 91,503.96 | 0.00 | 0.00 | DirectPay |
| FAIRBANKS CAPITAL CORP | 005 | DirectPay | 13,365.07 | 0.00 | 0.00 | DirectPay |
| PAUL BETTENCOURT | 006 | DirectPay | 1,068.00 | 0.00 | 0.00 | DirectPay |
| TRIAD FINANCIAL CORPORATI | 007 | Unsecured | 8,138.90 | 0.00 | 0.00 | 8,138.90 |
| TRIAD FINANCIAL CORPORATI | 007 | Secured | 8,925.00 | 1,681.99 | 847.39 | 7,243.01 |
| AMERICA ONLINE | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BALLYS TOTAL FITNESS | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE MASTER CARD | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 011 | Unsecured | 695.30 | 0.00 | 0.00 | 695.30 |
| COLUMBIA HOUSE | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CROSSINGS | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIRECT TV | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST NATIONAL BANK OF MA | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| KELSEY SEYBOLD CLINIC | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| KELSEY SEYBOLD CLINIC | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NATIONAL MAGAZINE | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NORTHEAST PATHOLOGY GROUP | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| OSI FUNDING LLC | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PROVIDIAN FINANCIAL | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PROVIDIAN FINANCIAL | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SOUND & SPIRIT | 023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| US SPRINT | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| VERIZON | 025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAROLYN A TAYLOR | 026 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | 027 | Unsecured | 580.90 | 0.00 | 0.00 | 580.90 |
| RJM ACQUISITIONS | 028 | Unsecured | 175.80 | 0.00 | 0.00 | 175.80 |
| GREGORY E & SHENELL Y BIN | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Southern Dist of Texas Houston Div

GREGORY E & SHENELL Y BINGHAM  
7321 RHOBELL ST  
HOUSTON, TX 77016-3833  

Case No.: 03-44675-H1-13  
SS #1: XXX-XX-2072  
SS #2: XXX-XX-1256  

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 10 | 14 | 03 | The Plan was confirmed on | 01 | 20 | 04 | The Case was concluded on | 11 | 09 | 05 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $     4,490.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| GREGORY E & SHENELL Y BIN | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 9,280.00 | 0.00 | 9,681.42 | 0.00 | 0.00 | 18,961.42 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 1,748.85 | 0.00 | 0.00 | 0.00 | 0.00 | 1,748.85 | |
| INTEREST PAID | 881.15 | 0.00 | 0.00 | 0.00 | 0.00 | 881.15 | 2,630.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| CHRISTOPHER TODD MORRISO | 1,411.00 | 1,411.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 224.50 | 224.50 | 0.00 | 449.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ Daniel E. O'Connell, Trustee

Daniel E. O'Connell, Trustee